UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**NANETTE M. IGLINSKY**                                              **CIVIL ACTION**

**VERSUS**

**JEFFREY PLAYER, ET AL**                                            **NO. 08-650-BAJ-CN**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days from the date of service of this Notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report.  The failure of a party to file written objections to the proposed findings, conclusions, and recommendation contained in a Magistrate Judge's Report and Recommendation within 14 days after being served with a copy of the Report shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge that have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in chambers in Baton Rouge, Louisiana, July 16, 2010.

**MAGISTRATE JUDGE CHRISTINE NOLAND**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **NANETTE M. IGLINSKY** | **CIVIL ACTION** |
| **VERSUS** | |
| **JEFFREY PLAYER, ET AL** | **NO. 08-650-BAJ-CN** |

## MAGISTRATE JUDGE'S REPORT

This matter is before the Court on the Motion for Summary Judgment (R. Doc. 31) filed by defendant, National Casualty Company ("National Casualty"). Considering the correspondence submitted to the Court dated July 16, 2010 (R. Doc. 62), advising that National Casualty and plaintiff, Nanette M. Iglinsky, have reached a settlement in this matter, the summary judgment motion filed by National Casualty should be denied as moot.

## RECOMMENDATION

For the above reason, the Motion for Summary Judgment (R. Doc. 31) filed by defendant, National Casualty Company, should be **DENIED AS MOOT**.

Signed in chambers in Baton Rouge, Louisiana, July 16, 2010.

**MAGISTRATE JUDGE CHRISTINE NOLAND**