UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NANETTE M. IGLINSKY

VERSUS

JEFFREY PLAYER, ET AL

CIVIL ACTION

NO. 08-650-BAJ-CN

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation dated July 16, 2010, to which no objection has been filed. The Court hereby approves the Report and Recommendation of the Magistrate Judge (doc. 63) and adopts it as the Court's opinion herein.

Accordingly, the motion by defendant, National Casualty Company, for summary judgment (doc. 31) is hereby **DENIED** as moot.

Baton Rouge, Louisiana, December 29, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA